443 A.2d 384

Commonwealth v. Nelson, Appellant.

Submitted May 22, 1981.   Wayne S. Lipecky,

for appellant; Edward H. Tocci, District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.